# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JAMMAL DIXON, CALVIN ARNOLD, CHANTERIA REEVES and BRUCE WILKS, | §<br>§<br>§<br>§ |
| Plaintiffs, | §<br>§    CIVIL ACTION<br>§    FILE NO. |
| v. | §<br>§ |
| LUKENY RICHELIEU, ILOCA SERVICES, INC., ITS LOGISTICS, LLC, USA SILK WAY, INC., ALERA GROUP, MARLIN EMPIRE, INC. d/b/a BONDAR INSURANCE GROUP, LLC, TRYTIME TRANSPORT, STATE NATIONAL SPECIALTY INSURANCE COMPANY, and ABC CORPORATION, | §<br>§ |
| Defendants. | |

## DEFENDANTS LUKENY RICHELIEU, ILOCA SERVICES, INC., USA SILK WAY, INC., AND STATE NATIONAL SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

COME NOW **LUKENY RICHELIEU, ILOCA SERVICES, INC., USA SILK WAY, INC., and STATE NATIONAL SPECIALTY INSURANCE COMPANY**, Defendants in the above-captioned matter, and herein file its Notice of Removal pursuant to Fed. R. Civ. P. 8(c) and 28 U.S.C. §§ 1441 and 1446(a) and (b).

4908-3335-4670, v. 2

1.

Defendants have been sued in a civil action brought in the State Court of Fulton County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Plaintiffs are residents and citizens of the State of Georgia.

3.

Defendant LUKENY RICHELIEU (hereinafter referred to as Defendant "Richelieu") is a citizen and resident of the State of Florida.

4.

Defendant ILOCA SERVICES, INC. (hereinafter referred to as Defendant "Iloca") is a corporation with its principal place of business in the State of Illinois.

5.

Defendant ITS Logistics, LLC is a corporation with its principal place of business in the state of Nevada.

6.

Defendant USA Silk Way, Inc. (hereinafter referred to as Defendant "Silk Way") is a corporation with its principal place of business in the State of Illinois.

7.

Defendant Alera Group, Inc. is a corporation with its principal place of

2

business in the State of Illinois.

8.

Defendant Marlin Empire, Inc. d/b/a Bondar Insurance Group, Inc. (hereinafter referred to as Defendant "Bondar") is now dissolved but was a corporation with its principal place of business in the State of Illinois.

9.

Defendant Trytime Transport, LLC is a corporation with its principal place of business in the state of Ohio.

10.

Defendant State National Specialty Insurance Company (hereinafter referred to as Defendant "State National") is a corporation with its principal place of business in the State of Texas.

11.

The Complaint was filed on April 21, 2026, in the State Court of Fulton County, Civil Action File No. 26EV003816. Defendants Richelieu, Iloca, and Silk Way were served on April 28, 2026 via the Secretary of State. Defendant State National was served on April 24, 2026 through its registered agent.

12.

The Complaint asserts claims by resident Plaintiffs against non-resident Defendants. Plaintiffs' Complaint seek damages for personal injury. Plaintiffs have

alleged damages in excess of $75,000.

13.

This Notice of Removal is filed within thirty (30) days from the alleged date of service on Defendants.  The removal of this action is made on diversity grounds.

14.

Defendants attach, as Exhibit "A" to this original pleading only, the entire record in the State Court of Fulton County action.

15.

The aforementioned civil action is a civil action over which this Court has original jurisdiction and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1332(a) as well as 28 U.S.C. § 1441(a), because this Court has original jurisdiction in any action involving diversity grounds under the laws of the United States.

16.

Defendants have given written notice of the filing of this Notice to Plaintiff by mailing a copy of this Notice of Removal to Plaintiff's counsel via Certified Mail, Return Receipt Requested.  Defendants have filed a written notice with the Clerk of State Court of Fulton County, a copy of both are attached, as Exhibit "B."

17.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation. *See* Affidavit of Timothy L. Mitchell, attached hereto as Exhibit "C."

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 28th day of May, 2026.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

**TIMOTHY L. MITCHELL**
Georgia Bar No. 460744
*Counsel for Defendants USA Silk Way Inc., Lukeny Richelieu, ILOCA Services Inc., State and National Specialty Insurance Company*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 – fax
tmitchell@cmlawfirm.com

4908-3335-4670, v. 2

5

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JAMMAL DIXON, CALVIN ARNOLD, CHANTERIA REEVES and BRUCE WILKS, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION FILE NO. |
| v. | § § | |
| LUKENY RICHELIEU, ILOCA SERVICES, INC., ITS LOGISTICS, LLC, USA SILK WAY, INC., ALERA GROUP, MARLIN EMPIRE, INC. d/b/a BONDAR INSURANCE GROUP, LLC, TRYTIME TRANSPORT, STATE NATIONAL SPECIALTY INSURANCE COMPANY, and ABC CORPORATION, | § § § § | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **DEFENDANTS LUKENY RICHELIEU, ILOCA SERVICES, INC., USA SILK WAY, INC., AND STATE NATIONAL SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

4908-3335-4670, v. 2

6

*Sean S. Campbell, Esq.*
*Brian W. Craig, Esq.*
*Wood Craig Miller, LLC*
*3520 Piedmont Rd NE, Suite 280*
*Atlanta, GA 30305*
*sean@woodcraig.com*
**Counsel for Plaintiffs**

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above addresses.

### CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

Respectfully submitted, this 28th day of May, 2026.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

**TIMOTHY L. MITCHELL**
Georgia Bar No. 460744
*Counsel for Defendants USA Silk Way Inc., Lukeny Richelieu, ILOCA Services Inc., State and National Specialty Insurance Company*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 – fax
tmitchell@cmlawfirm.com

4908-3335-4670, v. 2