## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMMAL DIXON, CALVIN ARNOLD, CHANTERIA REEVES and BRUCE WILKS,<br><br>     Plaintiff,<br><br>v.<br><br>LUCKENY RICHELIEU, ILOCA SERVICES, INC., ITS LOGISTICS, LLC, USA SILK WAY, INC., ALERA GROUP, MARLIN EMPIRE, INC. d/b/a BONDAR INSURANCE GROUP, LLC, TRYTIME TRANSPORT, STATE NATIONAL SPECIALTY INSURANCE COMPANY, and ABC CORPORATION,<br><br>     Defendants. | Civil Action File No.<br>**1:26-cv-02973-WMR** |

## STIPULATION OF DISMISSAL OF LESS THAN ALL PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by an through their undersigned counsel, hereby stipulate that all claims asserted by Plaintiffs against Defendants Its Logistics, LLC; Alera Group; Marlin Empire, Inc. d/b/a Bondar Insurance Group, LLC; and Trytime

Page **1**

Transport are dismissed **without prejudice**.

This Stipulation does not affect Plaintiff's claims against any remaining Defendants, and the action shall continue as to all remaining parties.

This 17th day of June, 2026.

**WOOD CRAIG MILLER, LLC**

/s/ *Sean S. Campbell*
Sean S. Campbell
Georgia Bar No. 324930
Brian W. Craig
Georgia Bar No. 143196
*Attorneys for Plaintiffs*

3520 Piedmont Road, N.E.
Suite 280
Atlanta, GA 30305
(404) 888-9962; (470) 552-3648 (FAX)
sean@woodcraig.com
Brian@woodcraig.com

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLC**

/s/ *Timothy L. Mitchell*
Timothy L. Mitchell
(Signed with express permission by SSC)
Georgia Bar No. 460744
Claire Van Norman
Georgia Bar No. 101952
*Attorneys for Defendants*
Page **2**

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
404-881-2662
404-881-2630 – fax
tmitchell@cmlawfirm.com
cvannorman@cmlawfirm.com

## **CERTIFICATION**

Counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B and C, specifically 14-point, Times New Roman.

**WOOD CRAIG MILLER, LLC**

/s/ *Sean S. Campbell*
Sean S. Campbell
Georgia Bar No. 324930
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foreging ***Stipulation of Dismissal of Less than All Parties*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys:

> Timothy L. Mitchell, Esq.
> Claire Van Norman, Esq.
> Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
> Meridian II, Suite 2000
> 275 Scientific Drive
> Peachtree Corners, GA 30092
> 404-881-2622
> tmitchell@cmlawfirm.com
> *Counsel for Defendants*

This 17th day of June, 2026.

**WOOD CRAIG MILLER, LLC**

/s/ *Sean S. Campbell*
Sean S. Campbell
Georgia Bar No. 324930
Brian W. Craig
Georgia Bar No. 143196
*Attorneys for Plaintiffs*

3520 Piedmont Road, N.E.
Suite 280
Atlanta, GA 30305
(404) 888-9962; (470) 552-3648 (FAX)
sean@woodcraig.com
Brian@woodcraig.com